1  David G. Hagopian, State Bar No. 145171
   CARLTON DiSANTE & FREUDENBERGER LLP
2  2600 Michelson Drive
   Suite 800
3  Irvine, California 92612
   Telephone: (949) 622-1661
4  Facsimile: (949) 622-1669
   E-Mail: dhagopian@cdflitigation.com
5
   Attorneys for Defendant
6   MITSUWA CORPORATION

**JS-6**

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TADAMITSU KANEZAKI,                    ) Case No. 2:10-CV-05048-PA-VBK
                                           )
12          Plaintiff,                     ) Assigned to Honorable Percy
                                           ) Anderson
13      vs.                                )
                                           ) **ORDER GRANTING**
14  MITSUWA CORPORATION, a                 ) **STIPULATION OF DISMISSAL**
    California corporation; and DOES 1 - 25, ) **WITH PREJUDICE**
15                                         )
            Defendants.                    )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii); and

2. Each party shall bear his or its own costs, disbursements, and attorneys' fees.

IT IS SO ORDERED.

Date:  January 28, 2011    _____
Honorable Percy Anderson
United States District Court Judge